IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CRIMINAL ACTION NO. 4:12-cr-7(DCB)(LRA)

**JOE WASH**  DEFENDANT

## ORDER

This cause is before the Court on defendant Joe Wash's Petition for Judicial Review **(docket entry 43)**. In this Court's Judgment for Revocation of Supervised Release (docket entry 41), the Court found that the defendant violated his conditions of supervision as set forth in the Judgment. The Court also committed the defendant to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 11 months. The Court further sentenced Wash to supervised release for a term of two (2) years upon his release from imprisonment and imposed other mandatory conditions as set forth in the Judgment. In his present Petition, Wash objects to the sentence imposed but offers no argument in support of his objection.

ACCORDINGLY, IT IS HEREBY ORDERED that defendant Joe Wash's Petition for Judicial Review **(docket entry 43)** is DENIED.

SO ORDERED, this the 28th day of June, 2019.

                                      David C. Bramlette_____

                                      UNITED STATES DISTRICT JUDGE